ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301
FAX: (415) 436-7027
christopher.vieira@usdoj.gov

Attorneys for United States of America

**FILED**

JAN - 9 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00388 SI |
| Plaintiff, | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | Date: January 24, 2018 |
| RONALD AHART, | Time: 9:30 a.m. |
| Defendant. | |

TO: The Honorable Maria-Elena James, Magistrate Judge of the United States District Court for the Northern District of California:

Petitioner Christopher Vieira, Special Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner RONALD AHART, whose place of custody is Stanton Correctional Facility, 2450 Claybank Road, Fairfield, CA 94533, as set forth in the requested Writ attached hereto. The prisoner's personal appearance is required for an initial appearance in the above-captioned federal criminal matter pending before this Court.

WHEREFORE, your petitioner prays that this Honorable Court do forthwith order that the attached Writ of Habeas Corpus Ad Prosequendum be issued as presented.

DATED: January 9, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

CHRISTOPHER VIEIRA
Special Assistant United States Attorney

Based upon application by the United States Attorney set forth above, and good cause appearing there for, the application for a petition directing the issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of RONALD AHART forthwith for initial appearance in a pending federal criminal matter before this Court on January 24, 2018, at 9:30 a.m., or as soon thereafter as possible, is granted.

IT IS SO ORDERED.

DATED: 1-9-18

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

|   |   |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | TO: DONALD O'KEEFE, United States Marshal, Northern District of California and/or any of his |
| 3 | authorized deputies; and the Jailor/Warden at Stanton Correctional Facility: |
| 4 | <u>**GREETINGS**</u> |
| 5 | WE COMMAND that on **January 24, 2018 at 9:30 a.m.**, or as soon thereafter as possible, that |
| 6 | you have and produce the body of: |
| 7 | Ronald William Ahart |
|   | Inmate Number: 195476 |
| 8 |   |
| 9 | now in custody in Stanton Correctional Facility, 2450 Claybank Road, Fairfield, CA 94533, before the |
| 10 | United States District Court in and for the Northern District of California, for personal appearance in a |
| 11 | pending federal criminal matter in the above entitled Court, and that immediately after said hearing to |
| 12 | return him forthwith to said herein-above-mentioned institution, or to abide by such order of the |
| 13 | above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to |
| 14 | produce said prisoner at all times necessary until the termination of the proceedings in this Court; |
| 15 | IT IS FURTHER ORDERED that should the local or state custodian release from its custody the |
| 16 | above-named person, he be immediately delivered and remanded to the United States Marshal and/or his |
| 17 | authorized deputies under this Writ. |
| 18 | WITNESS the Honorable Maria-Elena James, Magistrate Judge of the United States District |
| 19 | Court for the Northern District of California. |
| 20 |   |
| 21 | DATED: 1/9, 2018        CLERK, UNITED STATES DISTRICT COURT |
|   |                             NORTHERN DISTRICT OF CALIFORNIA |
| 22 |   |
| 23 |                             By: _____ |
|   |                                  DEPUTY CLERK |

PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CR 17-00388 SI                         1